# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

May 22, 2003

**Before**

Hon. HARLINGTON WOOD, JR., *Circuit Judge*

Hon. FRANK H. EASTERBROOK, *Circuit Judge*

Hon. MICHAEL S. KANNE, *Circuit Judge*

No. 01-1166

| | |
|---|---|
| JOHN BALDERSTON and JOHN GABRIEL, <br><br> *Plaintiffs-Appellants,* <br><br> *v.* <br><br> FAIRBANKS MORSE ENGINE DIVISION OF COLTEC INDUSTRIES, <br><br> *Defendant-Appellee.* | Appeal from the United States District Court for the Western District of Wisconsin <br><br> No. 00-C-68 <br><br> Barbara B. Crabb, *Chief Judge.* |

**O R D E R**

The opinion of the court in the above-entitled case, issued April 17, 2003, is amended as follows:

The first paragraph, third sentence, of the opinion should read as follows:

The district court granted summary judgment in favor of Fairbanks, finding that even if plaintiffs had established a *prima facie* case of age discrimination, they had not offered sufficient evidence to support a finding that Fairbanks' stated reasons for termination were pretextual.